IH-32                                                                                                                Rev: 2014-1

## 14 CV 5066

# United States District Court
### for the
# Southern District of New York

## Related Case Statement

---

### Full Caption of Later Filed Case:

Galvanizers Company, individually and on
behalf of all those similarly situated

| | |
|---|---|
| **Plaintiff** | Case Number |
| **vs.** | |
| London Metal Exchange Limited, et al. | |
| **Defendant** | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

Duncan Galvanizing Corporation

| | |
|---|---|
| **Plaintiff** | Case Number |
| **vs.** | 14-cv-3728 (KBF) |
| The London Metal Exchange Limited, et al. | |
| **Defendant** | |

IH-32

Rev: 2014-1

**Status of Earlier Filed Case:**

|  | Closed | (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision.  Also, state whether there is an appeal pending.) |
| :-: | :-- | :-- |
| ✓ | Open | (If so, set forth procedural status and summarize any court rulings.) |

Motions to appoint lead plaintiff and lead counsel shall be filed no later than July 9, 2014, with any oppositions to be filed no later than July 22, 2014.  Initial pretrial conference shall be held on July 23, 2014 at 02:00 PM before Judge Katherine B. Forrest.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

An additional related case, Oklahoma Steel and Wire Co., Inc., et al., v. Glencore Xstrata, Plc, et al., 14-cv-4290 (KBF) was filed on June 13, 2014 and assigned to Judge Forrest on June 23, 2014.

The newly filed action and the earlier filed cases allege claims on behalf of the same or substantially similar class of zinc purchasers against overlapping defendants for violations of federal antitrust laws for engaging in anticompetitive activity that inflated the price paid for zinc in the United States between 2010 and the present.

Signature: _____     Date: __07/08/2014__

Cohen Milstein Sellers & Toll PLLC

Firm: _____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GALVANIZERS COMPANY, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LONDON METAL EXCHANGE LIMITED, LME HOLDINGS LIMITED, HONG KONG EXCHANGES & CLEARING, LTD., GLENCORE XSTRATA, PLC, GLENCORE LTD., PACORINI METALS USA, LLC, THE GOLDMAN SACHS GROUP, INC., METRO INTERNATIONAL TRADE SERVICES LLC, and JPMORGAN CHASE & COMPANY,<br><br>Defendants. | Civil Action No._____<br><br>**CLASS ACTION COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

**14 CV 3728**

## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

DUNCAN GALVANIZING
CORPORATION, individually and on behalf
of all those similarly situated,

                 *Plaintiff,*

vs.

THE LONDON METAL EXCHANGE
LIMITED, LME HOLDINGS LIMITED,
HONG KONG EXCHANGES & CLEARING
LIMITED, GLENCORE XSTRATA, PLC,
GLENCORE LTD., PACORINI METALS
USA, LLC, THE GOLDMAN SACHS
GROUP, INC., METRO INTERNATIONAL
TRADE SERVICES LLC, and JPMORGAN
CHASE & COMPANY,

                 *Defendants.*

Civil Action No. _____

CLASS ACTION COMPLAINT

JURY TRIAL DEMANDED



## CLASS ACTION COMPLAINT

**14 CV 4290**

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OKLAHOMA STEEL AND WIRE CO., INC., IOWA STEEL AND WIRE CO. and SOUTHWESTERN WIRE, INC., individually and on behalf of all those similarly situated, | Civil Action No. _____ |
| *Plaintiffs,* | **CLASS ACTION COMPLAINT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| GLENCORE XSTRATA, PLC, GLENCORE LTD., PACORINI METALS AG, PACORINI METALS USA, LLC, TRAFIGURA BV, TRAFIGURA AG, NEMS (USA) INC., IMPALA UK LTD., IMPALA USA INC., THE GOLDMAN SACHS GROUP, INC., GOLDMAN SACHS INTERNATIONAL; GS POWER HOLDINGS LLC, METRO INTERNATIONAL TRADE SERVICES LLC, JPMORGAN CHASE & COMPANY, J.P. MORGAN VENTURES ENERGY CORPORATION, HENRY BATH & SON, LTD., HENRY BATH LLC, LONDON METAL EXCHANGE LIMITED, LME HOLDINGS LIMITED, HONG KONG EXCHANGES & CLEARING, LTD., and JOHN DOES 1-20, | |
| *Defendants.* | |



RECEIVED
JUN 13 2014
U.S.D.C. S.D.N.Y.
CASHIERS