UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZINC ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL ACTIONS | 14 Civ. 3728 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court will today issue an order granting plaintiffs' unopposed motion for, *inter alia*, preliminary approval of the proposed settlement in this case, Dkt. 298. The Court thanks plaintiffs' counsel for the helpful supplemental declaration of August 16, 2021, Dkt. 304, addressing questions regarding the claims procedure, the distribution of settlement proceeds, and the likelihood that the valid claims made by class members will match or exceed the distributable amount of the settlement (*i.e.*, the $9.85 million settlement amount, less attorneys' fees, service awards, and settlement costs). The Court treats the supplemental declaration as part of the record in support of preliminary approval. For avoidance of doubt, the Court expects plaintiffs' counsel, as implicitly promised, to assure that direct outreach to class members is energetically pursued during the claims period, so as to maximize the likelihood that the class in fact recovers the full distributable amount of the settlement.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: August 18, 2021
   New York, New York